

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Ex parte Michael Joe Anderson,　　　　　　\* From the 220th District Court
　　　　　　　　　　　　　　　　　　　　　of Comanche County,
　　　　　　　　　　　　　　　　　　　　　Trial Court No. CR03521-A

No. 11-21-00213-CR　　　　　　　　　　　\* November 12, 2021

　　　　　　　　　　　　　　　　　　　　\* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　　　Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.